| From: | Patricia P. Shields |
|---|---|
| To: | Ashish Mahendru; Joshua D. Neighbors |
| Cc: | "Danielle Butler"; "Darren Braun" |
| Subject: | RE: Prime v. Ragsdale |
| Date: | Wednesday, June 26, 2019 10:00:46 AM |

Ashish,

Please sent us your proposed Amended Complaint, and we'll discuss your request with our client.

Tricia

**Patricia P. Shields** | Partner

Hedrick Gardner Kincheloe & Garofalo LLP.

4131 Parklake Ave., Suite 300 | Raleigh, NC 27612

Phone: 919-719-3729 | Fax: 919-832-9425

PShields@hedrickgardner.com | www.hedrickgardner.com



**From:** Ashish Mahendru <amahendru@thelitigationgroup.com>
**Sent:** Wednesday, June 26, 2019 10:32 AM
**To:** Joshua D. Neighbors <JNeighbors@hedrickgardner.com>
**Cc:** Patricia P. Shields <PShields@hedrickgardner.com>; 'Danielle Butler' <dbutler@thelitigationgroup.com>; 'Darren Braun' <dbraun@thelitigationgroup.com>
**Subject:** RE: Prime v. Ragsdale

Josh,

First, thank you for the extension. We are still actively seeking local counsel and have not landed on anyone's doorstep just yet.

Second, I wanted to alert you that we have a settlement as of June 24th in the underlying case. A mediation was conducted in Houston, and the parties were able to reach an agreement.

In light of that, we would like to amend our complaint and address the settlement numbers in the complaint. Further, I had alerted Judge Lake in our initial conference in Houston that I would be amending the complaint, which is why he set the deadline out to August 2nd.

Do you have any opposition to our filing an amended complaint?

**Ashish Mahendru**

**Mahendru, PC**

**639 Heights Blvd.**

**Houston, Texas 77007**

**713-571-1519 (o)**

**713-651-0776 (f)**

www.thelitigationgroup.com

---

**From:** Joshua D. Neighbors [mailto:JNeighbors@hedrickgardner.com]
**Sent:** Friday, June 21, 2019 9:08 AM
**To:** Ashish Mahendru
**Cc:** Patricia P. Shields
**Subject:** RE: Prime v. Ragsdale

Ashish,

Thank you for your email. My understanding is that you have 21 days to respond to our motion to dismiss. We will consent to an extension of an additional 21 days.

Thank you.

**Joshua D. Neighbors** | Associate
Hedrick Gardner Kincheloe & Garofalo, LLP.
4131 Parklake Ave., Suite 300 | Raleigh, NC 27612
Phone: 919-719-3719 | Fax: 919-832-9425
JNeighbors@hedrickgardner.com | www.hedrickgardner.com

**CONFIDENTIALITY:**
The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by replying to this e-mail and delete all copies of this message and all attachments.
**IRS Circular 230 Disclosure:**
This message contains confidential information and is intended only for the intended recipients. If you are not an intended recipient you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Ashish Mahendru <amahendru@thelitigationgroup.com>
**Sent:** Thursday, June 20, 2019 6:40 PM
**To:** Joshua D. Neighbors <JNeighbors@hedrickgardner.com>
**Cc:** 'Danielle Butler' <dbutler@thelitigationgroup.com>; 'Darren Braun' <dbraun@thelitigationgroup.com>
**Subject:** Prime v. Ragsdale

Josh,

I am out of the office this entire week but I saw your notice of appearance earlier today, and I just saw your motion to dismiss.

We are in the process of retaining local counsel to assist us with our pro hac vice applications. Could you give us some time to get properly situated before the Court before we have to start responding to papers?

Ashish Mahendru
Mahendru, PC
639 Heights Blvd.
Houston, Texas 77007
713-571-1519 (o)
713-651-0776 (f)
www.thelitigationgroup.com

---

**Total Control Panel**   Login

To: jneighbors@hedrickgardner.com    Message Score: 28    High (60): Pass
From: amahendru@thelitigationgroup.com    My Spam Blocking Level: Medium    Medium (75): Pass
   Low (90): Pass

Block this sender
Block thelitigationgroup.com

*This message was delivered because the content filter score did not exceed your filter level.*

---

**Total Control Panel**   Login

To: pshields@hedrickgardner.com    Message Score: 28    High (60): Pass
From: amahendru@thelitigationgroup.com    My Spam Blocking Level: Medium    Medium (75): Pass
   Low (90): Pass

Block this sender
Block thelitigationgroup.com

*This message was delivered because the content filter score did not exceed your filter level.*