# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO. 19-cv-00238-FL

| | |
|---|---|
| **PRIME COMMUNICATIONS, L.P.,** | |
| **Plaintiff,** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **RAGSDALE LIGGETT, P.L.L.C,** | |
| **Defendants.** | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate to dismiss this action with prejudice.

This the __24th__ day of June, 2020.


                     MAHENDRU, P.C.

                     /s/ Ashish Mahendru
                     Texas Bar No. 00796980
                     Darren Braun
                     Texas Bar No. 24082267
                     Attorneys for Plaintiff
                     639 Heights Blvd.
                     Houston, TX 77007
                     (713) 571-1519 (Telephone)
                     (713) 651-0776 (Facsimile)
                     Email: amahendru@thelitigationgroup.com
                     Email: dbraun@thelitigationgroup.com

LAW OFFICES OF JOHN M. KIRBY, PLLC

/s/ John M. Kirby
NC State Bar No. 20014
Attorneys for Plaintiff
4801 Glenwood Ave., Ste. 200
Raleigh, NC 27612
Telephone: (919) 861-9050
Facsimile: (919) 390-0325
Email: john@legal-nc.com


HEDRICK GARDNER KINCHELOE & GAROFALO, LLP

/s/ PATRICIA P. SHIELDS
NC State Bar No. 13005
Attorneys for Defendant
4131 Parklake Avenue, Suite 300
Raleigh, NC 27612
PH: (919) 719-3729
FAX: (919) 832-9425
Email: pshields@hedrickgardner.com